James J. Elacqua (CSB NO. 187897)
jelacqua@deweyballantine.com
Craig Y. Allison (CSB NO. 161175)
callison@deweyballantine.com
Mark Malin (CSB NO. 199757)
mmalin@deweyballantine.com
Hieu H. Phan (CSB NO. 218216)
hphan@deweyballantine.com
DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Plaintiff
CALIENT NETWORKS, INC.

Michael G. Rhodes (CSB NO. 116127)
mrhodes@cooley.com
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Timothy S. Teter (CSB NO. 171451)
teterts@cooley.com
Iain R. Cunningham (CSB NO. 232357)
icunningham@cooley.com
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7000

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIENT NETWORKS, INC., a Delaware corporation,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GLIMMERGLASS NETWORKS, INC., a Delaware corporation,<br><br>      Defendant and Counterclaimant. | Case No. C05-01946 (MHP)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** |

1  Pursuant to Civ. L.R. 6-2 and 7-12, the parties to the above captioned case request
2  that certain intermediate deadlines set by this Court's case management order dated October 18,
3  2005 be modified.  These changes will not affect the date of the Markman hearing or the trial
4  date.

5  On January 17, 2006, the parties participated in a mediation with Magistrate
6  Judge Edward A. Infante (Ret.).  Although the parties were not able to reach complete agreement
7  on all terms of settlement on that date, the parties believe that considerable progress was made,
8  and we are hopeful that settlement may be reached in a subsequent mediation before Judge
9  Infante scheduled for this Friday, February 10, 2006.  In order to avoid unnecessary expenditure
10 of the resources of the parties and the Court should the parties be able to reach settlement on
11 February 10, the parties request that certain intermediate dates be moved back to allow the
12 mediation to be completed before pre-Markman submissions must be made.

13 These changes in schedule will have no effect on the date of the Markman hearing
14 or any dates subsequent to the Markman hearing, including the trial date, because an
15 approximately 30 day hiatus was originally built into the schedule to accommodate a trial in
16 another matter by attorneys for Glimmerglass.  That matter has settled, and the parties are able to
17 use that period of time to complete Markman submissions, should they be unable to reach
18 settlement during mediation.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

-2-

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

The parties thus request that the following deadlines set by the Case Management Order be changed as set forth in the table below.

| | Date set by Order | Requested changed date |
|---|---|---|
| Preliminary Claim Constructions | | |
| Exchanges Of Preliminary Constructions | 1/19/06 | 2/24/06 |
| Joint Claim Constructions And Pre-Hearing Statement | 2/13/06 | 3/17/06 |
| Claim Constructions Pre-Hearing Conference | 2/27/06 | 3/27/06 |
| Completion of Claim Construction Discovery | 3/15/06 | 4/7/06 |
| Claim Construction Briefs | | |
|    Opening | 3/30/06 | 4/20/06 |
|    Responsive | 4/20/06 | 5/11/06 |
|    Reply | 5/2/06 | 5/23/06 |
| Claim Construction Hearing - To Be Set By Court | Approximately 6/19/06 | No change |
| All subsequent dates set in Case Mgt. Order | No change | No change |

Dated:  February 7, 2006

DEWEY BALLANTINE LLP


By:  /S/_____
                    Craig Y. Allison

Attorneys for Plaintiff
CALIENT NETWORKS, INC.


Dated:  February 7, 2006

COOLEY GODWARD LLP


By:  /S/_____
                    Timothy S. Teter

Attorneys for Defendant
GLIMMERGLASS NETWORKS, INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Timothy S. Teter.

Dated: February 7, 2006

DEWEY BALLANTINE LLP

By: /S/_____
Craig Y. Allison

Attorneys for Plaintiff
CALIENT NETWORKS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: February __8__, 2006   _____
THE HONORABLE MARILYN H. PATEL
Chief Judge, U.S. District Court

GRANTED
Judge Marilyn H. Patel

-4-

# CERTIFICATE OF SERVICE

I am employed in the State of California, over the age of eighteen years, and not a party to the within action.  My business address is DEWEY BALLANTINE LLP, 1950 University Avenue, Suite 500, East Palo Alto, CA 94303-2225.  On February 7, 2006, I served the within documents:

**STIPULATED REQUEST FOR ORDER CHANGING TIME**

☐ I sent such document from facsimile machine 650 845-7333 on 2/7/2006.  I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 650 845-7333 which confirms said transmission and receipt.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dewey Ballantine's business practices of collecting and processing items for pickup and next business day delivery by Federal Express.  I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☒ I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated on the attached service list.

| | |
|---|---|
| Michael G. Rhodes, Esq. (mrhodes@cooley.com) Cooley Godward LLP 4401 Eastgate Mall San Diego, CA  92121 Tel: (858) 550-6000 Fax: (858) 550-6420 *(Via e-mail only)* | *Attorneys for Defendant,* *GLIMMERGLASS NETWORKS, INC.* |
| Timothy S. Teter (teterts@cooley.com) Iain R. Cunningham (icunningham@cooley.com) Cooley Godward LLP Five Palo Alto Square 3000 El Camino Real Palo Alto, CA  94306 Tel:  (650) 843-5000 Fax:  (650) 849-7000 (*Via e-mail and U.S. Mail)* | *Attorneys for Defendant* *GLIMMERGLASS NETWORKS, INC.* |

-5-

J. David Hadden, Esq. (dhadden@fenwick.com)  *Attorneys for Defendant,*
Hector Ribera, Esq. (hribera@fenwick.com)  *GLIMMERGLASS NETWORKS, INC.*
Sara Jenkins, Esq. (sjenkins@fenwick.com)
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel: (650) 988-8500
Fax: (650) 938-5200 (*Via e-mail only*)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2006, at East Palo Alto, California.

/S/_____
Sherrin Van Etta

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

-6-