**FILED**

MAR 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  James J. Elacqua (CSB No.: 187897)
   james.elacqua@dechert.com
2  Craig Y. Allison (CSB No.: 161175)
   craig.allison@dechert.com
3  Hieu H. Phan (CSB No.: 218216)
   hieu.phan@dechert.com
4  DECHERT LLP
   1117 California Avenue
5  Palo Alto, CA 94304-1106
   Telephone: (650) 813-4800
6  Facsimile: (650) 813-4848

7  Attorneys for Plaintiff
   CALIENT NETWORKS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   CALIENT NETWORKS, INC., a Delaware      ) Case No. C05-01946 (MHP)
13 corporation                             )
                                           ) **STIPULATION OF VOLUNTARY**
14         Plaintiff and Counterclaim      ) **DISMISSAL**
           Defendant,                      )
15                                         )
       vs.                                 )
16                                         )
   GLIMMERGLASS NETWORKS, INC., a          )
17 Delaware corporation,                   )
                                           )
18         Defendant and Counterclaimant,  )
                                           )
19

20         Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the confidential settlement

21 agreement entered into by the parties on March 14, 2006, Plaintiff/Counterclaim Defendant

22 Calient Networks, Inc. and Defendant/Counterclaimant Glimmerglass Networks, Inc., by and

23 through their respective counsel, hereby dismiss all claims and counterclaims asserted against

24 each other in this action with prejudice.

25

26

27

28

-1-

STIPULATION OF VOLUNTARY DISMISSAL
Case No. C05-01946 (MHP)

1 | Dated: March 15, 2006

DECHERT LLP

By: /s/ Craig Y. Allison
Craig Y. Allison

ATTORNEYS FOR PLAINTIFF CALIENT NETWORKS, INC.

6 | Dated: March 15, 2006

COOLEY GODWARD LLP

By: /s/ Timothy S. Teter
Timothy S. Teter

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT GLIMMERGLASS NETWORKS, INC.

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

-2-

STIPULATION OF VOLUNTARY DISMISSAL
Case No. C05-01946 (MHP)

12302667.1.LITIGATION